1  Rory C. Quintana (SBN 258747)
   QUINTANA HANAFI, LLP
2  870 Market St., Ste. 819
   San Francisco, CA 94104
3  Telephone: (415) 504-3121
   Fax: (415) 233-8770
4  rory@qhplaw.com

5

   *Attorneys for Plaintiff Sahar Zardkoohi*
6

7  Jen Cornell  (SBN 320529)
   Carothers DiSante & Freudenberger LLP
8  600 Montgomery St., Ste. 440
   San Francisco, CA 94111
9  Telephone:  415-981-3233
   Facsimile:  415-981-3246
10 jcornell@cdflaborlaw.com

11 *Attorneys for Credo Semiconductor, Inc.*

12

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15

| **SAHAR ZARDKOOHI,** an individual, | **CASE NO.:** 5:20-cv-01046-VKD |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION TO DISMISS PLAINTIFF'S CLAIMS WITH PREJUDICE; [PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE [FRCP 41(a)(1)]** |
| **CREDO SEMICONDUCTOR, INC.**, a California corporation and **DOES 1 through 10**, inclusive, | **Judge:        Hon. Virginia K. DeMarchi** **Action Filed:  February 10, 2020** |
| Defendants. | Re:  Dkt. No. 24 |

22      **WHEREAS**, Plaintiff Sahar Zardkoohi (herein "Plaintiff") and Defendant Credo

23 Semiconductor, Inc. (herein "Defendant") (collectively, "the Parties") have agreed to fully settle

24 the instant action and have entered into a settlement;

25      **NOW THEREFORE**, the Parties hereby jointly and respectfully request that the Court,

26 pursuant to Federal Rule of Civil Procedure 41(a)(1), discontinue and dismiss with prejudice the

27 above-titled action as to all parties, with each party bearing his or its own fees and costs.

28

                                1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

QUINTANA HANAFI, LLP


DATED:  October 27, 2020

By: */s/Rory C. Quintana*
  Rory C. Quintana
  SAHAR ZARDKOOHI


DATED:  October 27, 2020

CAROTHERS DISANTE &
REUDENBERGER, LLP


By: */s/Jen Cornell*
  Jen Cornell
  Attorneys for Defendant
  CREDO SEMICONDUCTOR, INC.

Case No.**: 20-cv-01046**

REQUEST FOR DISMISSAL

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Having been advised by the Parties that a Settlement Agreement and Release of All Claims was entered into and having been requested to enter dismissal with prejudice by the parties, the matter *Zardkoohi v. Credo Semiconductor, Inc.* United States District Court, Northern District of California, Case No. 5:20-cv-01046-VKD, is, HEREBY DISMISSED, with prejudice in its entirety as to all parties, pursuant to the parties' stipulation.

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

Dated: ___October 28, 2020___ _____

Hon. Virginia K. DeMarchi
United States Magistrate Judge

3